



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| AHMEL HOLMES, also known as "Melo" | No | Yes |
| JESUS SANTILLAN, also known as "Gremlin" | No | Yes |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **Yes, 25 CR 14**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

1:25-cr-00014
Judge Jeremy C. Daniel
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat. 4

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information? **IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **18 USC 924(c), 18 USC 2114, 18 USC 111(a) and (b)**

Assistant United States Attorney(s): **Michael Maione**

Contact Person and Phone Number: **Michael Maione 312-353-4258**